# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162332(53)
162333

DENISE DOSTER,
       Plaintiff-Appellant,

v

COVENANT MEDICAL CENTER, INC.,
       Defendant-Appellee.
_____/

SC: 162332, 162333
COA: 349560, 350941
Saginaw CC: 17-034216-CD

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply submitted on February 4, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021



Clerk